```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08395
   AUBREY L STEVENS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5348


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/14/2006 and was confirmed 11/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/18/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
IL DEPT OF HEALTHCARE &   DSO ARREARS     NOT FILED          .00          .00
IL DEPT OF HEALTHCARE &   DSO ARREARS     NOT FILED          .00          .00
IL DEPT OF HEALTHCARE &   DSO ARREARS       2408.32          .00          .00
IL DEPT OF HEALTHCARE &   DSO ARREARS      13171.64          .00          .00
CINGULAR                  UNSECURED       NOT FILED          .00          .00
BETHANY HOS               UNSECURED       NOT FILED          .00          .00
IL DEPT OF HEALTHCARE &   UNSECURED       NOT FILED          .00          .00
IL DEPT OF HEALTHCARE &   UNSECURED       NOT FILED          .00          .00
CITY OF CHICAGO PARKING   UNSECURED         8340.00          .00          .00
HOLLYWOOD VIDEO           UNSECURED       NOT FILED          .00          .00
COMCAST                   UNSECURED       NOT FILED          .00          .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED          .00          .00
ADVOCATE BETHANY HOSPITA  UNSECURED       NOT FILED          .00          .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00          .00
VILLAGE OF LANSING        UNSECURED          500.00          .00          .00
VILLAGE OF LANSING        UNSECURED       NOT FILED          .00          .00
FLORTANA SPEZERSON        NOTICE ONLY     NOT FILED          .00          .00
LAKEESHA RUCKER           NOTICE ONLY     NOT FILED          .00          .00
JENNY BROWN               NOTICE ONLY     NOT FILED          .00          .00
ILLINOIS DEPT OF REV      PRIORITY           311.12          .00          .00
ILLINOIS DEPT OF REV      UNSECURED          732.69          .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,624.00                    679.28
TOM VAUGHN                TRUSTEE                                       40.72
DEBTOR REFUND             REFUND                                       160.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    880.00

PRIORITY                                           .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08395 AUBREY L STEVENS
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    679.28
TRUSTEE COMPENSATION                                               40.72
DEBTOR REFUND                                                     160.00
                                   ----------------      ----------------
TOTALS                                     880.00                 880.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
     Dated: 10/18/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```